IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAMONT DIVISION

| | | |
|---|---|---|
| DUANE E. BEATY | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv123 |
| CHARLES DANIELS, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Duane E. Beaty, proceeding *pro se*, filed the above-styled civil rights lawsuit against several defendants, including Charles Daniels. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against defendant Daniels be dismissed for failure to state claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The claim against defendant Daniels is **DISMISSED** for failure to state a claim upon which relief may be granted.

**So Ordered and Signed**
**Feb 16, 2017**

_____
Ron Clark, United States District Judge